UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTIONE SCHAFFER | CIVIL ACTION |
| VERSUS | NO. 21-2341 |
| TRAVIS DAY, WARDEN | SECTION: "J"(1) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge (Rec. Doc. 10) and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and **ADOPTS** it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that the federal application seeking habeas corpus relief pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day of June, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE